IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Barr, Anthony C

Printed: 7/15/08

Case Number: 07 B 04221
Judge: Hollis, Pamela S
Filed: 3/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: March 31, 2008
Confirmed: May 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,140.00 |  |
| Secured: |  | 1,470.18 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,493.00 |
| Trustee Fee: |  | 176.82 |
| Other Funds: |  | 0.00 |
| Totals: | 3,140.00 | 3,140.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,493.00 | 1,493.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual | Secured | 15,040.16 | 1,470.18 |
| 6. | West Suburban Medical Center | Unsecured | 817.35 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 714.34 | 0.00 |
| 8. | Illinois Dept Of Employment Sec | Unsecured | 14,097.00 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 930.00 | 0.00 |
| 10. | Check Into Cash | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,091.85 | $ 2,963.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 133.92 |
| 6.5% | 42.90 |
|  | $ 176.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Barr, Anthony C | Case Number:  07 B 04221 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/15/08 | Filed:  3/9/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

